# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| W.S., <br><br> Plaintiff, <br><br> vs. <br><br> Cassandra Daniels, Ursula Best, South Carolina Department of Social Services, Boys Home of the South, Inc., Vernon Hayes, Kathy Cook, Ph.D., Peter Harris, Nicole White, Nicole Lindsey, Cynthia Brock, Richelle Owens, Joel Stoudenmire, Bryson Thomason, F. Jordan Earle, Dr. Clark Jernigan, Jon McClure, Cliff Brown, Dr. Betty McConaghy, Grant Burns, Malinda L. Robinson, Don Kiser, Steve Roach, Elliot Botzia, and Katherine Symonette,, <br><br> Defendants. | Civil Action No.: 8:16-cv-01032-MGL <br><br><br> **ORDER ON JOINT MOTION FOR STAY** |

This matter is before the Court on the Parties' Joint Motion to Stay. After reviewing the motions of the Parties in this action and the deadlines found in the Court's Conference and Scheduling Order of May 19, 2016, the same are stayed until such time as the Greenville County Court of Common Pleas has ruled on a Writ of Attachment in Civil Action No. 2016-cp-23-2646. After that ruling, the Parties have 30 days in which to conduct the 26(f) conference and submit a report to the Court.

                                                   s/Mary Geiger Lewis
                                                  Mary Geiger Lewis
                                                  United States District Court Judge

June 7, 2016
Columbia, South Carolina