# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| W.S. | | |
| *Plaintiff* | | |
| v. | Civil Action No. | 8:16-cv-01032-DCC |
| Cassandra Daniels; Ursula Best; South Carolina Department of Social Services, | | |
| *Defendants* | | |
| W.S. | | |
| *Plaintiff* | | |
| v. | Civil Action No. | 8:16-cv-01280-DCC |
| Cassandra Daniels; Ursula Best; South Carolina Department of Social Services, | | |
| *Defendants* | | |

■ the plaintiff W.S. recover from the defendant South Carolina Department of Social Services the amount of Four Hundred Thousand dollars and 0/100 ($400,000.00); recover from the defendant Ursula Best the amount of Seventy-Four Thousand dollars and 0/100 ($74,000.00); recover from the defendant Cassandra Daniels the amount of Sixty Thousand dollars and 0/100 ($60,000.00), for a total of Five Hundred and Thiry-Four Thousand dollars and 0/100 ($534,000.00), plus postjudgment interest at the rate of 2.48%, along with costs.

This action was *(check one)*:

■ tried by a jury, the Honorable Donald C. Coggins, Jr. presiding, and the jury has rendered a verdict.

Date:   March 27, 2019                                                        ROBIN L. BLUME, CLERK OF COURT

                                                                                              s/Ashley Buckingham
                                                                                    *Signature of Clerk or Deputy Clerk*