## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| W.S., | ) | Case No.: 16-cv-01032-DCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **Defendants' Motion to Seal Document** |
| Cassandra Daniels, Ursula Best, and South | ) | |
| Carolina Department of Social Services, | ) | |
| | ) | |
| Defendants. | ) | |
| W.S., | ) | Case No.: 16-cv-01280-DCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Cassandra Daniels, Ursula Best, and South | ) | |
| Carolina Department of Social Services, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants file this Motion to Seal and seeks guidance from the Court on the appropriateness of sealing the following documents:

(1) Defendants' Motion for Judgment Notwithstanding the Verdict and Motion to Alter or Amend a Judgment; Memorandum in Support of Defendants' Motion for Judgment Notwithstanding the Verdict and Motion to Alter or Amend a Judgment; and Exhibit and Exhibit 1.

(2) Defendants' Response to Plaintiff's Motion for Attorney's Fees, Costs and Expenses and Exhibit.

Defendants will submit these documents to chambers and Plaintiff's counsel via email upon filing this Motion and await guidance on the filing of these documents.

Respectfully submitted,

LOGAN & JOLLY, LLP

s/James W. Logan, Jr.
James W. Logan, Jr. (#2712)
PO Box 259

April 19, 2019

Anderson, SC 29622
Attorneys for the Defendants